IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| : | No. 24-079 |
| v. : | |
| : | |
| KHALED DALLO | |
| *Bond Release* | |

## NOTICE OF HEARING

Take notice that the defendant is scheduled for **SENTENCING** on **WEDNESDAY, MAY 28, 2025**, at **10:00 A.M.** before the **HONORABLE WENDY BEETLESTONE, COURTROOM 10-A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**SENTENCING MEMORANDUM** and all related filings shall be submitted to the Court no later than **MAY 21, 2025**.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ Hearing **CANCELED** and **RESCHEDULED** from**: 2/6/2025**

For additional information, please contact the undersigned.

Nelson Quíles Malavé
Courtroom Deputy to J. Beetlestone
Phone: 267-299-7459

**Date:** 1/21/2025

cc via U.S. Mail:     Defendant
cc via email:         Defense Counsel - Michael Engle
                      AUSA - Tiwana Wright
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator