IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24-079 |
| KHALED DALLO | : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of former Assistant United States Attorney MARY KAY COSTELL and Assistant United States Attorney TIWANA L. WRIGHT on behalf of the United States of America.

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

*/s/ Jason D. Grenell*
JASON D. GRENELL
Assistant United States Attorney

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

*/s/ Jason D. Grenell*
JASON D. GRENELL
Assistant United States Attorney